

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00870-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

Erica Lee **CASTILLO**, Individually and as Next of Friend of Jesus Rodriguez,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI05166
Honorable Nicole Garza, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: February 19, 2025

DISMISSED FOR LACK OF JURISDICTION

The clerk's record has now been filed in this appeal. It reflects that on December 23, 2024, Appellant the City of San Antonio filed a notice of appeal, stating that even though its plea to the jurisdiction had been pending "more than 21 days post deadlines," the trial court had not ruled on its plea. According to the notice of appeal, the City "desires to appeal from *this denial*" pursuant to section 51.014 of the Texas Civil Practice and Remedies Code. (emphasis added). As no order denying the plea to the jurisdiction is included within the clerk's record, it appears that the City is attempting to appeal from an implicit ruling by the trial court. We, however, lack

interlocutory jurisdiction over an attempted appeal from a trial court's "implicit" denial of a plea to the jurisdiction. *See San Jacinto River Auth. v. Lewis*, 572 S.W.3d 838, 841 (Tex. App.—Houston [14th Dist.] 2019, no pet.). We therefore ordered the City to show cause why this appeal should not be dismissed for lack of jurisdiction.

In response, the City concedes we do not have jurisdiction over this appeal but requests that we allow time for the trial court to rule on the plea. We deny the City's motion as there is no indication when the trial court will rule. We therefore dismiss this appeal for lack of jurisdiction.

PER CURIAM